UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STEFFANY BRUNA RODRIGUES DE OLIVEIRA, | )<br>)<br>) |
| Petitioner | )<br>) |
| v. | ) CIVIL NO. 2:25-cv-00291-LEW<br>) |
| KEVIN JOYCE, et al., | )<br>) |
| Respondents, | ) |

JUDGMENT OF DISMISSAL

In accordance with the Order of Dismissal entered by Chief U.S. District Judge Lance E. Walker on October 14, 2025,

JUDGMENT of Dismissal is hereby entered.

ERIC M. STORMS
ACTING CLERK

By:  /s/ Charity Pelletier
     Deputy Clerk

Dated: October 14, 2025